UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RISING DOUGH, INC. (d/b/a MADISON
SOURDOUGH), WILLY MCCOYS OF
ALBERTVILLE LLC, WILLY MCCOYS
OF ANDOVER LLC, WILLY MCCOYS
OF CHASKA LLC, WILLY MCCOYS
OF SHAKOPEE LLC,   Case No.: 2:20-CV-00623-JPS
WHISKEY JACKS OF RAMSEY LLC
(d/b/a WILLY MCCOYS RAMSEY), GREEN HILLS
GRILLE, LLC, AND CASH-MCKEOWN FUTURES LLC,
individually and on behalf of all others similarly situated,

      Plaintiffs,

  v.

SOCIETY INSURANCE,

      Defendant.

## DEFENDANT'S FED. R. CIV. P. 12(b)(6) MOTION TO DISMISS

Defendant, Society Insurance, by counsel, hereby moves this Court pursuant to Fed. R. Civ. P. 12(b)(6) for an Order dismissing Plaintiff's Amended Complaint for failure to state a claim on which relief can be granted. This motion is based on the pleadings on file herein, and Defendant's Brief in Support of Motion to Dismiss.

Respectfully submitted this 15th day of June, 2020.

*Electronically signed by Heidi L. Vogt*

Heidi L. Vogt, SBN
Beth J. Kushner, SBN
Janet E. Cain, SBN
Christopher E. Avallone, SBN
*Attorneys for Defendant Society Insurance*
**von BRIESEN & ROPER, s.c.**
411 East Wisconsin Avenue, Suite 1000
Milwaukee, WI 53202

Vogt Phone: (414) 287-1258
Fax : (414) 276-1122
Emails: hvogt@vonbriesen.com
bkushner@vonbriesen.com
jcain@vonbriesen.com
cavallone@vonbriesen.com

34839488_1

2

Case 2:20-cv-00623-JPS   Filed 06/15/20   Page 2 of 2   Document 19